# Exhibit "A"

| Defendant Name | Adversary Number |
|---|---|
| 479 Sales and Marketing, LLC | 21-50560 |
| A. Routsis Associates, Inc. dba Routsis Training Inc. | 21-50763 |
| ACI Holding, LLC dba American Combustion International | 21-50766 |
| Addenda LLC dba Addenda Corporation | 21-50767 |
| Advance Filter LLC | 21-50769 |
| Advanced Geoservices Corp. | 21-50561 |
| AECOM Technical Services, Inc. | 21-50770 |
| Air Products and Chemicals, Inc. | 21-50562 |
| AJ's Electrical Testing & Services, L.L.C. dba Southern Substation | 21-50771 |
| Algonquin Power & Utilities Corp. dba Liberty Utilities Group | 21-50563 |
| Allegheny Trucking, Inc. | 21-50564 |
| Allied Oil & Tire Company | 21-50772 |
| Almega Environmental & Technical Services, Inc. | 21-50565 |
| Alta Environmental, L.P. fdba Winfield & Associates | 21-50566 |
| American Electric Equipment Company | 21-50567 |
| American Integrated Services, Inc. | 21-50568 |
| American Stock Transfer & Trust Company, LLC | 21-50774 |
| Amer-Sil | 21-50569 |
| Andrew County Oil, Inc. | 21-50775 |
| Andy Mohr Truck Center, Inc. | 21-50776 |
| Anixter Inc. | 21-50570 |
| Anthony Dwayne Stanford, Sr. | 21-50777 |
| Antikainen, Inc. dba Industrial Battery Service Inc | 21-50571 |
| Aon Consulting, Inc. | 21-50572 |
| AP Global Management LLC. | 21-50573 |
| Applied Industrial Technologies, Inc. | 21-50574 |
| Applied Industrial Technologies, Inc. | 21-50779 |
| Arch Technology Solutions LLC | 21-50780 |
| Arundel Recycling Center, Inc. | 21-50575 |
| Atmos Energy Corporation | 21-50781 |
| Attlin Construction Inc | 21-50576 |
| Augeo Affinity Marketing, Inc. fdba MotivAction LLC | 21-50577 |
| Auto Care Association | 21-50783 |
| Automotive Core Supply, Inc. dba ACS, Inc. | 21-50578 |
| Avient Corporation dba PolyOne Distribution | 21-50579 |

| Name | Number |
|---|---|
| B. C. MacDonald & Company | 21-50784 |
| B. J. Baldwin Electric Inc. | 21-50785 |
| Battery Outfitters, Inc. | 21-50580 |
| Battery Warehouse of Alexandria, Inc. | 21-50581 |
| BCD Awning Specialists, Inc. | 21-50582 |
| Bergey's Trucks, Inc. dba Bergey's Truck Centers | 21-50786 |
| Bernath Construction, Inc. | 21-50583 |
| Best Lucky International Enterprise Corp. | 21-50584 |
| BNSF Railway Company dba BNSF Strategic Sourcing & Supply | 21-50585 |
| Borg Warner Systems Lugo S.r.l. | 21-50586 |
| BreakthroughFuel LLC | 21-50787 |
| Brenntag Mid-South Inc. | 21-50587 |
| Brenntag Southwest, Inc. | 21-50588 |
| Bristol Tennessee Essential Services dba Bristol Tennessee Electric System | 21-50589 |
| BriteWorks, Inc. | 21-50590 |
| BRL Holdings LLC dba Regency Metals | 21-50591 |
| Butler Tool, Inc. | 21-50789 |
| C.T. Sistemi Plastici | 21-50592 |
| Cabot Corporation | 21-50593 |
| Cal-Craft Design International, Inc. | 21-50594 |
| California Water Service Group dba California Water Service | 21-50595 |
| Capital Trailer & Equipment Co., Inc. | 21-50790 |
| Castlerock Environmental, Inc. | 21-50596 |
| CAT Factory LLC | 21-50791 |
| Cellusuede Products, Inc. | 21-50597 |
| Central Industrial Contractors, Inc. | 21-50598 |
| Chad A. Haynes dba Allpak Battery | 21-50599 |
| Chainalytics LLC | 21-50792 |
| Chemstation of Kansas, Inc. | 21-50793 |
| Chemtrade Logistics (US), Inc. | 21-50600 |
| Cintas Corporation | 21-50794 |
| Cleveland Mack Sales, Inc. dba Performance Truck - Cleveland | 21-50601 |
| Climate Engineers, LLC fdba Climate Engineers Inc. | 21-50602 |
| Connection Chemical, LP | 21-50603 |
| Convoy, Inc. | 21-50604 |
| Copps Industries, Inc. | 21-50605 |
| Corp Pipsa SA de CV | 21-50795 |
| Corpipsa, LLC | 21-50606 |
| Coyote Logistics, LLC | 21-50607 |

| | |
|---|---|
| Craig Batteries, Incorporated | 21-50608 |
| Crown Equipment Corporation | 21-50797 |
| Custom Pallet Recycling, LLC | 21-50798 |
| Daramic, LLC fdba Daramic Inc. | 21-50609 |
| Dawn UK Holdco LImited | 21-50799 |
| Day-Star Corporation | 21-50801 |
| Del Earl Downey aka Delbert Downey dba Liberty Batteries and Heavy Duty's Tire and Battery | 21-50887 |
| Dell Inc. | 21-50610 |
| Delta-Q Technologies Corp. | 21-50611 |
| DET Logistics (USA) Corporation | 21-50612 |
| DMG20, Inc. fdba Battery Solutions, Inc. | 21-50613 |
| DMP Corporation | 21-50802 |
| Drummond Company, Inc. dba ABC Coke | 21-50614 |
| Duff & Phelps, LLC | 21-50616 |
| Dynaform Technologies, Inc. | 21-50804 |
| EDP Acquisitions, LLC fdba Englander dZignPak LLC | 21-50618 |
| Electronic Environments Co. LLC | 21-50805 |
| Element Fleet Management Corp. | 21-50619 |
| Engineered Distribution Specialties, LLC dba EnDISys | 21-50806 |
| Engineered Equipment Company of Alaska, Inc. | 21-50808 |
| Entergy Corporation | 21-50809 |
| Environmental Recovery Services, Inc. | 21-50621 |
| Epiq Class Action & Claims Solutions, Inc. | 21-50810 |
| Equipment Depot, Inc. | 21-50623 |
| ESCA Tech, Inc. | 21-50627 |
| Estes Forwarding Worldwide LLC | 21-50813 |
| Eurofins Calscience, LLC fdba Eurofins Calscience Inc. | 21-50629 |
| Evergy, Inc. fdba Westar | 21-50630 |
| Ferro Magnetics Corporation | 21-50632 |
| FirstEnergy Corp. dba Met-Ed | 21-50814 |
| Flexport, Inc. | 21-50634 |
| French Ellison Truck Center, LLC | 21-50815 |
| Froetek-Plastic Technology Corp. | 21-50635 |
| GAP VII GB (KCI) LLC | 21-50637 |
| Garage Door Systems, LLC dba Overhead Door Co. of Muncie | 21-50640 |
| Gateway Industrial Power, Inc. | 21-50642 |
| Gauthier Non-Ferrous Products Inc. | 21-50643 |
| Georgia Power Company | 21-50645 |
| Gerrie Electric Wholesale Ltd | 21-50647 |

| | |
|---|---|
| Goodhart Sons, Inc. | 21-50648 |
| Gotcha Transport, Inc. | 21-50650 |
| Grafika Commercial Printing, Inc. dba Grafika Printing, Inc. | 21-50651 |
| Greg's Cleaning Service, Inc. | 21-50817 |
| Gunter Machine & Tool, LLC | 21-50653 |
| H P Products Corporation | 21-50818 |
| HADI Maschinenbau Ges.mbH | 21-50655 |
| Haley & Aldrich, Inc. | 21-50819 |
| Harcros Chemicals Inc. | 21-50656 |
| Harshman Machine and Tool Co. | 21-50820 |
| Henke Engineering, LLC | 21-50658 |
| Heritage Environmental Services, LLC | 21-50660 |
| Hexacomb Corporation | 21-50663 |
| Hickory Springs Manufacturing Company dba HSM | 21-50665 |
| Hohenschild Welders Supply Company | 21-50821 |
| Hoist & Crane Service Group, Inc. | 21-50822 |
| Holcim (US) Inc. | 21-50666 |
| Holland Applied Technologies, Inc. | 21-50667 |
| Hunter's Battery Warehouse, Inc. | 21-50823 |
| Husker Battery Service, Corp. fdba H.B.S.C. Metals Brokerage | 21-50668 |
| Hydra-Matic Packing Company, Inc. | 21-50670 |
| IBT, Inc. | 21-50672 |
| Industrial Restoration Systems, Inc. | 21-50674 |
| Innerworkings, Inc. | 21-50675 |
| Insight Direct USA, Inc. dba Insight Enterprises | 21-50677 |
| Izco Plasticos Industriales, S.L. | 21-50679 |
| J & P Vending Pros, Inc. | 21-50824 |
| J & R Enterprises, LLC | 21-50681 |
| J and R Manufacturing, Inc. | 21-50825 |
| J. J. Keller & Associates, Inc. | 21-50826 |
| J. Parent Design LLC | 21-50827 |
| J.M. Bozeman Enterprises, Inc. | 21-50682 |
| Javaid Rahim Bakhsh dba J. Bakhsh Consulting | 21-50828 |
| Jefferson Battery Co., Inc. | 21-50829 |
| Jonjo Transport Refrigeration Ltd, dba Thermo King Eastern Canada | 21-50830 |
| JX Enterprises, Inc. dba JX Peterbilt-Lansing | 21-50831 |
| Kallstrom Engineering Systems AB | 21-50684 |
| Kardon Enterprises, Inc. fdba HML, Inc. aka Hoosier Microbiological Laboratory | 21-50832 |
| KBX Logistics, LLC | 21-50686 |

| Name | Case Number |
|---|---|
| KC Cleaning Services LLC | 21-50688 |
| Kekst and Company, Incorporated | 21-50690 |
| Keppler Steel and Fabricating Inc. | 21-50691 |
| Keramida Environmental, Inc. | 21-50833 |
| KW Plastics | 21-50834 |
| Lancaster Mold, Inc. | 21-50615 |
| Landis Mechanical Group, Inc. | 21-50617 |
| Lantec Products, Inc. | 21-50835 |
| Leoch Battery Pte Ltd | 21-50620 |
| LignoTech USA, Inc. | 21-50622 |
| LinkEx, Inc. | 21-50624 |
| Liquitech, Inc. | 21-50836 |
| LMA Industrial S.a. | 21-50625 |
| Longhorn International Equipment, Inc. | 21-50626 |
| Louis Padnos Iron and Metal Company dba Padnos | 21-50837 |
| Louisiana Battery Warehouse -- Shreveport, Inc. dba Louisiana Battery Co. | 21-50628 |
| M.A. Industries, Inc. | 21-50838 |
| MAC Engineering and Equipment Company, Inc. | 21-50631 |
| MacAllister Machinery Co Inc dba MacAllister Cat Muncie | 21-50633 |
| Management Strategies Group, Inc. | 21-50839 |
| Marsh USA Inc. dba Marsh, Inc. | 21-50636 |
| Masonlift Limited | 21-50840 |
| Mast Trucking Inc | 21-50638 |
| Matheson Tri-Gas, Inc. | 21-50639 |
| McCormick-Busse, Incorporated dba MBI Media | 21-50641 |
| McMaster-Carr Supply Company | 21-50644 |
| Merrill Lynch & Co., Inc. | 21-50646 |
| Mersen USA Ace Corp. | 21-50841 |
| Meyer Laboratory, Inc. | 21-50842 |
| Michigan Kenworth, LLC dba Michigan KW - Dearborn | 21-50843 |
| Micromeritics Instrument Corporation | 21-50649 |
| Mid-America Parts Distributors Corp. | 21-50844 |
| Miles Chemical Company, Inc. | 21-50845 |
| Mil-Spec Packaging of GA., Inc. | 21-50846 |
| Mississippi Lime Company | 21-50652 |
| Muncie Sanitary District | 21-50654 |
| National Rubber Technologies Corp | 21-50657 |
| Nefab Packaging North Central, LLC | 21-50659 |
| NorFalco LLC | 21-50661 |

| | |
|---|---|
| Norfolk Southern Railway Company | 21-50662 |
| Northeast Battery & Alternator, LLC | 21-50664 |
| Northwest Volvo Truck, Inc. dba TEC Portland | 21-50848 |
| Northwest Volvo Trucks, Inc. | 21-50849 |
| Oak Press Solutions Inc. | 21-50669 |
| Ohio Transmission LLC dba Ohio Transmission & Pump | 21-50850 |
| One Gas, Inc. dba Kansas Gas Service | 21-50671 |
| Open Text Inc. fdba Guidance Software | 21-50673 |
| Organizacion Industrial Vega S.A. de C.V. | 21-50676 |
| P.A.M. Transport, Inc. | 21-50678 |
| Pallet Distributors, Inc. dba E-Pallets, Inc. | 21-50680 |
| Pelican Industries & Fabricating Company, Inc. dba Pelican Industries Inc. | 21-50851 |
| Penske Truck Leasing Co., L.P. | 21-50683 |
| Peterson Trucks, Inc. | 21-50852 |
| Philadelphia Scientific LLC | 21-50685 |
| Phoenixx, L.P. | 21-50687 |
| Piedmont National Corporation | 21-50689 |
| Piedmont Risk Management, LLC | 21-50853 |
| Plastic Process Engineering Associates, Inc. dba PPE Associates, Inc. | 21-50854 |
| Power Designers USA LLC | 21-50692 |
| Premier Magnesia, LLC | 21-50693 |
| Process and Power, Inc. | 21-50855 |
| Process Equipment Company dba Proheat Inc. | 21-50694 |
| PSK, L.L.C. dba Overhead Door Company of Cedar Rapids and Iowa City | 21-50856 |
| PSMG, Inc. dba PACWEST Security Services | 21-50695 |
| Regenergy, Inc. | 21-50696 |
| Reliable Batteries, Inc. | 21-50697 |
| Re-Man Shack, Inc. IV dba Advantage Power Battery of Oklahoma | 21-50698 |
| Resource Plastics, LLC | 21-50699 |
| Resources Alloys and Metals, Inc. | 21-50700 |
| Richardson Molding, LLC | 21-50701 |
| Roles Marketing International, Inc. | 21-50702 |
| Rope & Plastic Sales (USA) Pty Ltd. | 21-50703 |
| Rosendahl Nextrom GMBH | 21-50704 |
| RSR Corporation | 21-50705 |
| RT Industrial Companies, LLC | 21-50857 |
| Rush Enterprises, Inc. dba Rush Truck Center-Fontana | 21-50858 |
| Rush Truck Centers of Illinois, Inc. | 21-50706 |

| Name | Number |
|---|---|
| Rush Truck Centers of Ohio, Inc. dba Rush Truck Center, Dayton & Cincinnati | 21-50707 |
| Rush Truck Centers of Texas, L.P. dba Rush Peterbilt Truck Center, Dallas & Ft. Worth | 21-50708 |
| Russell Equipment, Inc. | 21-50709 |
| Safety-Kleen Systems, Inc. | 21-50859 |
| Saia Motor Freight Line, LLC | 21-50710 |
| Sanders Lead Company, Inc. | 21-50711 |
| Sanders Mechanical Services | 21-50713 |
| SBMC Atlanta, L.L.C. | 21-50714 |
| Scandinavian Steel AB | 21-50715 |
| SeaGate Plastics Company | 21-50716 |
| Sebang Global Battery Co. Ltd. | 21-50717 |
| Securitas Security Services USA, Inc. | 21-50718 |
| Shoppas Mid America, LLC | 21-50860 |
| SMC, LLC | 21-50719 |
| Solar Electric Supply, Inc. | 21-50861 |
| South Texas Truck Centers, LLC dba Mack Trucks of Texas, LLC | 21-50862 |
| Stalcop, LLC | 21-50720 |
| Start-All Enterprise Co. | 21-50721 |
| Stauffer Manufacturing Company | 21-50722 |
| STM, Inc. | 21-50723 |
| Stoner Incorporated | 21-50863 |
| Symtrax Corporation | 21-50864 |
| Synterra Corporation | 21-50724 |
| T and S Trading, Inc. | 21-50725 |
| Tasco, LLC | 21-50726 |
| TEC Equipment, Inc. | 21-50865 |
| TEC of California, Inc. dba TEC La Mirad | 21-50866 |
| TestAmerica Laboratories, Inc. | 21-50727 |
| The Kansas City Southern Railway Company | 21-50867 |
| The Knapp Supply Company Inc | 21-50728 |
| The Laureldale Borough Collector | 21-50868 |
| The NPD Group, Inc. | 21-50729 |
| The Parish Group, L.L.C. | 21-50730 |
| The Raymond Corporation | 21-50731 |
| The Republic Group Corporation dba The Republic Group | 21-50732 |
| The Sourcing Group LLC | 21-50733 |
| Thomas Anthony Etchart | 21-50869 |
| Thornton & Musso Water Treatment Consultants, Inc. | 21-50734 |

| | |
|---|---|
| TNT Battery Company, Inc. | 21-50735 |
| Tonolli Canada Ltd | 21-50736 |
| Toyota Material Handling, Inc. dba Toyota Starlift Parts | 21-50870 |
| TranSource, Inc. | 21-50871 |
| Transportation Impact, LLC | 21-50872 |
| Transportation Products Sales Company, Inc. | 21-50737 |
| TRISTAR Risk Enterprise Management, Inc. | 21-50738 |
| Tri-State Battery Supply, Inc. | 21-50739 |
| Tri-State Truck Center, Inc. | 21-50873 |
| TVH Parts Co. dba Superior Signals Inc. | 21-50740 |
| U. S. Xpress, Inc. | 21-50741 |
| Uber Freight LLC | 21-50742 |
| UGI Utilities, Inc. | 21-50743 |
| UL LLC | 21-50744 |
| United Rentals, Inc. | 21-50745 |
| UR Services, Inc. | 21-50746 |
| Vandapower LLC | 21-50747 |
| Vanguard Truck Center of El Paso, LLC | 21-50874 |
| Vanguard Truck Centers, LLC fka Volvo and GMC Trucks of Atlanta | 21-50875 |
| Ventura Transfer Company | 21-50876 |
| Veritiv Operating Company | 21-50748 |
| Vertical Development, Inc. | 21-50877 |
| Victory Packaging, L.P. | 21-50749 |
| Virginia Truck Center of Central Virginia, LLC dba Excel Truck Group fdba Virginia Truck Center | 21-50878 |
| VISCO2LL, Inc. dba VISCO Supply | 21-50750 |
| Vision Environmental Limited Liability Company | 21-50879 |
| Wabash Industrial Services, LLC | 21-50751 |
| Waller Logistics, Inc. dba Waller Truck Co., Inc. | 21-50752 |
| Water Gremlin Company | 21-50753 |
| Western Peterbilt, LLC dba Western Truck Center | 21-50880 |
| WestRock Container, LLC dba Kapstone Container Corporation | 21-50881 |
| Westrux International, Inc. | 21-50754 |
| WEX Bank fdba Wright Express Financial Services Corporation | 21-50755 |
| Wiese USA, Inc. | 21-50756 |
| Wildman Business Group, LLC dba Wildman Facility Services | 21-50757 |
| WIN-MAR Freight Management Inc. | 21-50882 |
| Wiring by Wall, inc. | 21-50883 |
| Wirtz Manufacturing Company, Inc. | 21-50758 |

| | |
|---|---|
| Wolters Kluwer United States Inc. dba CT Corporation System | 21-50884 |
| Zorch International, Inc. | 21-50885 |

* 307 Adversary Proceedings