# Exhibit "D"

**Mediator List**

1. Ian Connor Bifferato, Esq.
   The Bifferato Firm

2. Lucian B. Murley
   Saul Ewing Arnstein & Lehr LLP

3. Eric Haber
   Law Office of Eric Haber, PLLC

4. Marc Phillips
   Montgomery McCracken Walker & Rhoads LLP

5. Anthony M. Sacullo
   A.M. Saccullo Legal